UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, individually and on behalf of all others similarly situated, | Case No. 19-CV-00534 (WMW/HB) |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| City of St. Paul, | |
| Defendant and Third Party Plaintiff, | |
| v. | |
| Cale America, Inc., | |
| Third Party Defendant. | |

Plaintiff and Defendant City of St. Paul, acting by and through their attorneys of record, hereby stipulate that the Court may dismiss the Complaint, with prejudice, and without the recovery of costs to any party.

Dated: November 26, 2019

**THRONDSET MICHENFELDER, LLC**

s/Patrick W. Michenfelder
Patrick W. Michenfelder #024207X
Chad Throndset #0261191X
Cornerstone Building
One Central Avenue West, Suite 101
St. Michael, MN 55376
Telephone: (763) 5156110
Fax: (763) 226-2515
pat@throndsetlaw.com
chad@throndsetlaw.com
*Attorneys for Plaintiff*

Dated: January 10, 2020

**LYNDSEY M. OLSON**
**City Attorney**

s/ Anissa M. Mediger
ANISSA M. MEDIGER #0290439
Assistant City Attorney
750 City Hall and Courthouse
15 West Kellogg Boulevard
Saint Paul, MN 55102
Telephone: (651) 266-8728
Fax: (651) 266-8787
anissa.mediger@ci.stpaul.mn.us
*Attorneys for Defendant City of St. Paul*

Dated:  November 26, 2019

**CARLSON LYNCH, LLP**

s/ R. Bruce Carlson
R. Bruce Carlson
Kelly K. Iverson
Bryan A. Fox
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com
bfox@carlsonlynch.com
*Attorneys for Plaintiff*

2