UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jerald Boitnott, | Case No. 19-cv-0534 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| City of St. Paul, Minnesota, | |
| Defendant and ThirdParty Plaintiff, | |
| v. | |
| Cale America, | |
| ThirdParty Defendant. | |

---

Based upon the Stipulation to Dismiss Plaintiff's Complaint with Prejudice, (Dkt. 40), the Stipulation to Dismiss Third-Party Complaint with Prejudice, (Dkt. 41), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 21, 2020　　　　　　　　　　　　s/Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　　　Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge