# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jerald Boitnott | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-00534-WMW-HB |
| City of St. Paul, Minnesota | |
| Defendant and ThirdParty Plaintiff. | |
| | ThirdParty Defendant |
| Cale America | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above matter is DISMISSED WITH PREJUDICE and without costs or disbursements awarded to any party.

Date: 1/21/2020

KATE M. FOGARTY, CLERK

s/M. Brigan
(By)  M. Brigan, Deputy Clerk